**2**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXIENNE ONCOLOGY CENTERS, P.L.L.C. and TEXIENNE HOSPITAL SYSTEMS, L.P., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | C.A. NO. _____ |
| UNITEDHEALTHCARE INSURANCE COMPANY; UNITEDHEALTHCARE OF TEXAS, INC.; UNITEDHEALTHCARE BENEFITS OF TEXAS, INC.; and UNITEDHEALTHCARE COMMUNITY PLAN OF TEXAS, LLC, | § § § § § § § | |
| Defendants. | § § | |

## INDEX OF STATE COURT DOCUMENTS

A.          State Court Docket Sheet

B.    02/20/20    Original Petition

C.    02/20/20    Request for Service of Citation of UnitedHealthcare Insurance Company

D.    02/20/20    Request for Service of Citation on UnitedHealthcare Community Plan of Texas, LLC

E.    02/20/20    Request for Service of Citation on UnitedHealthcare Benefits of Texas, Inc.

F.    02/20/20    Request for Service of Citation of UnitedHealthcare of Texas, Inc.

G.    02/26/20    Service of Citation on UnitedHealthcare Community Plan of Texas, LLC

H.    02/26/20    Service of Citation on UnitedHealthcare Benefits of Texas, Inc.

I.      02/26/20     Service of Citation of UnitedHealthcare of Texas, Inc.

J.      03/18/20     Defendants' Original Answer


Respectfully Submitted,

By:  */s/ Lance V. Clack*

Andrew G. Jubinsky
State Bar No. 11043000
Fed. I.D. No. 8603
andy.jubinsky@figdav.com
Lance V. Clack
Texas Bar No. 24040694
lance.clack@figdav.com
Fed. I.D. No. 37085

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX  75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANTS


## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing document has been served via E-mail on the parties listed below on the 27th day of March, 2020.

Steven J. Mitby
smitby@seilermitby.com
Kenna M. Seiler
kseiler@seilermitby.com
SEILER MITBY, PLLC
2700 Research Forest Dr., Ste. 100
The Woodlands, TX 77381

*/s/ Lance V. Clack*
Lance V. Clack

**A**

Skip to Main Content Logout My Account Search Menu New  Civil Search Refine Search  Back                                        Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 20-02-02468

| | |
|---|---|
| Texienne Oncology Centers, P.L.L.C. and Texienne Hospital Systems, L.P.   §<br>VS. UnitedHealthcare Insurance Company; UnitedHealthcare of Texas, Inc.;  §<br>UnitedHealthcare Benefits of Texas, Inc.; UnitedHealthcare Community Plan §<br>of Texas, LLC   §<br>   § | Case Type:   **Contract**<br>**Consumer/Commercial/Debt**<br>**>$200,000**<br>Date Filed:   **02/20/2020**<br>Location:   **284th Judicial District Court** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | **UnitedHealthcare Benefits of Texas, Inc. f/k/a PacifiCare of Texas, Inc.**<br>CT Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201 | **Andrew G Jubinsky**<br>*Retained*<br>214-939-2000(W) |
| Defendant | **UnitedHealthcare Community Plan of Texas, LLC f/k/a Evercare of Texas, LLC**<br>Registered Agent, CT Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201 | **Andrew G Jubinsky**<br>*Retained*<br>214-939-2000(W) |
| Defendant | **UnitedHealthcare Insurance Company**<br>185 Asylum St.<br>Hartford, CT 06103 | **Andrew G Jubinsky**<br>*Retained*<br>214-939-2000(W) |
| Defendant | **UnitedHealthcare of Texas, Inc.**<br>Registered Agent, CT Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201 | **Andrew G Jubinsky**<br>*Retained*<br>214-939-2000(W) |
| Plaintiff | **Texienne Oncology Centers P.L.L.C.** | **Steven J. Mitby**<br>*Retained*<br>281-419-7770(W) |
| Plaintiff | **Texienne Oncology Centers, P.L.L.C. f/k/a Greater Houston Physicians Medical Ass** | **Steven J. Mitby**<br>*Retained*<br>281-419-7770(W) |

---

### EVENTS & ORDERS OF THE COURT

| | OTHER EVENTS AND HEARINGS | | |
|---|---|---|---|
| 02/20/2020 | **Original Petition (OCA)** | | |
| 02/20/2020 | **E-Filed Original Petition Document** | | |
| 02/20/2020 | **Request For Service** | | |
| 02/20/2020 | **Request For Service** | | |
| 02/20/2020 | **Request For Service** | | |
| 02/20/2020 | **Request For Service** | | |
| 02/21/2020 | **Jury Fee Paid** | | |
| 02/21/2020 | **Jury Trial Requested** | | |
| 02/24/2020 | **Citation** | | |
| | UnitedHealthcare Insurance Company | Unserved | |
| 02/24/2020 | **Citation** | | |
| | UnitedHealthcare Benefits of Texas, Inc. f/k/a PacifiCare of Texas, Inc. | Served | 02/26/2020 |
| | | Returned | 02/26/2020 |
| 02/24/2020 | **Citation** | | |
| | UnitedHealthcare Community Plan of Texas, LLC f/k/a Evercare of Texas, LLC | Served | 02/26/2020 |
| | | Returned | 02/26/2020 |
| 02/24/2020 | **Citation** | | |
| | UnitedHealthcare of Texas, Inc. | Served | 02/26/2020 |
| | | Returned | 02/26/2020 |
| 02/26/2020 | **Return of Service** | | |
| 02/26/2020 | **Return of Service** | | |
| 02/26/2020 | **Return of Service** | | |
| 03/18/2020 | **Original Answer** | | |

| | | |
|---|---|---|
| **Plaintiff** Texienne Oncology Centers, P.L.L.C. f/k/a Greater Houston Physicians Medical Ass | | |
| Total Financial Assessment | | 368.00 |
| Total Payments and Credits | | 368.00 |
| **Balance Due as of 03/24/2020** | | **0.00** |

| | | | |
|---|---|---|---|
| 02/21/2020 | Transaction Assessment | | 368.00 |
| 02/21/2020 | E-File Electronic Payment | Receipt # 2020-262028 | Texienne Oncology Centers, P.L.L.C. f/k/a Greater Houston Physicians Medical Ass (368.00) |

**B**

Received and E-Filed for Record
2/20/2020 2:18 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Sarah Introligator

CAUSE NO. 20-02-02468

| | | |
|---|---|---|
| TEXIENNE ONCOLOGY CENTERS, P.L.L.C AND TEXIENNE HOSPITAL SYSTEMS, L.P., | § § § § § | IN THE DISTRICT COURT OF |
| | | Montgomery County - 284th Judicial District Court |
| Plaintiffs | § § | |
| V. | § § | MONTGOMERY COUNTY, TEXAS |
| UNITEDHEALTHCARE INSURANCE COMPANY; UNITEDHEALTHCARE OF TEXAS, INC.; UNITEDHEALTHCARE BENEFITS OF TEXAS, INC.; AND UNITEDHEALTHCARE COMMUNITY PLAN OF TEXAS, LLC. | § § § § § § § § § § § | ____ JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Texienne Oncology Centers, P.L.L.C. f/k/a Greater Houston Physicians Medical Association, P.L.L.C. ("GHPMA") and Texienne Hospital Systems, L.P. f/k/a Apollo Hospital Systems, L.P. ("Apollo Hospital") (hereinafter referred to collectively as "Plaintiffs" or "Texienne") and file this Plaintiffs' Original Petition against UnitedHealthcare Insurance Company, UnitedHealthcare of Texas, Inc., UnitedHealthcare Benefits of Texas, Inc., and UnitedHealthcare Community Plan of Texas, LLC (hereinafter referred to collectively as "UnitedHealthcare" or "Defendants") and in support thereof shows as follows:

### I. PARTIES

1.    Plaintiff Texienne Oncology Centers, P.L.L.C. f/k/a Greater Houston Physicians Medical Association, P.L.L.C. ("GHPMA") is a Texas professional limited liability company.

2.    Plaintiff Texienne Hospital Systems, L.P. f/k/a Apollo Hospital Systems, L.P. ("Apollo Hospital") is a Texas limited partnership.

3.      Defendant UnitedHealthcare Insurance Company is a Connecticut corporation with its principal place of business at 185 Asylum St., Hartford, Connecticut 06103. It does not maintain an agent in the State of Texas for the service of process and therefore may be served via the Texas Secretary of State, with service forwarded to 185 Asylum St., Hartford, Connecticut 06103.

4.      Defendant UnitedHealthcare of Texas, Inc. is a Texas corporation with its principal place of business at 185 Asylum St., CT039-04B, Hartford, Connecticut 06103. It may be served through its Registered Agent for Service: CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201.

5.      Defendant UnitedHealthcare Benefits of Texas, Inc. (f/k/a PacifiCare of Texas, Inc.) is a Texas corporation with its principal place of business at 3100 AMS Blvd., Green Bay, Wisconsin 54313. It may be served through its Registered Agent for Service: CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201.

6.      Defendant UnitedHealthcare Community Plan of Texas, LLC (f/k/a Evercare of Texas, LLC) is a Texas limited liability company with its principal place of business at 185 Asylum St., Hartford, Connecticut 06103. It may be served through its Registered Agent for Service: CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201.

## II. JURISDICTION AND VENUE

7.      This Court has jurisdiction over this matter because the amount in controversy exceeds its minimum jurisdictional requirements.  Venue is proper under Section 15.002 of the Texas Civil Practice & Remedies Code because all or a substantial part of the events or omissions giving rise to the claims occurred in Montgomery County, Texas. This Court has general and specific personal jurisdiction over UnitedHealthcare of Texas, Inc., UnitedHealthcare Benefits of Texas, Inc., UnitedHealthcare Community Plan of Texas, LLC because they reside in Texas and

2

over UnitedHealthcare Insurance Company because it has sufficient minimum contacts with Texas and because the events and occurrences that are the subject of this lawsuit occurred in Texas.

8.      Plaintiffs request that the Court order a Level 2 Discovery Control Plan.

9.      Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiffs seek damages within the jurisdictional limits of this Court, including monetary relief over $1,000,000.00.

### III. JURY DEMAND

10.     Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiffs request a trial by jury and pay the appropriate fee.

### IV. FACTS

11.     Apollo Hospital was a small, full-service hospital located in The Woodlands, Texas.  GHPMA was a large physician group practice with numerous offices across the north Houston area.

12.     On or around March 2014, Apollo Hospital entered into a Facility Participation Agreement with UnitedHealthcare for the provision of hospital medical services to UnitedHealthcare's insureds ("the Apollo Agreement"). In exchange for Apollo Hospital's medical services, UnitedHealthcare agreed to compensate Apollo Hospital at specific rates set forth in the Apollo Agreement.

13.     Similarly, on or around May of 2009, GHPMA entered into a Medical Group Participation Agreement with UnitedHealthcare for the provision of covered medical services to UnitedHealthcare insureds with the effective day of May 15, 2009 ("the GHPMA agreement"). In exchange for GHPMA's provision of covered medical services, UnitedHealthcare agreed to compensate GHPMA at specific rates set forth in the GHPMA Agreement.

14.     Both Apollo and GHPMA fully complied with their obligations under the Agreements and timely submitted clean claims for reimbursement to UnitedHealthcare. However,

UnitedHealthcare has failed to pay Apollo Hospital and GHPMA for clean claims in excess of $4 million.

## V. CLAIMS AGAINST DEFENDANTS

15.    Plaintiffs incorporate the above facts by reference herein.

16.    UnitedHealthcare was contractually obligated to pay Plaintiffs the rates set forth in the contracts for the provision of covered healthcare services. UnitedHealthcare was also statutorily obligated pursuant to § 843.342 of the Texas Insurance Code to pay those claims.

17.    UnitedHealthcare breached its statutory and contractual obligations by improperly denying Plaintiffs' "clean claims" for covered medical services.

18.    Because UnitedHealthcare failed to timely pay Plaintiffs' claims, Plaintiffs are entitled to statutory penalties and interest under Texas Insurance Code § 843.336, et seq.

19.    Pursuant to Tex. Civ. Prac. & Rem. Code § 38.001 and Tex. Ins. Code § 843.343, Plaintiffs are entitled to their attorneys' fees in the prosecution of this matter.

## VI. DAMAGES

20.    Each of the unlawful acts alleged above has proximately caused damages to Plaintiffs. They are suffered and will continue to suffer in the future, actual damages, direct and consequential, including without limitation lost profits in the past and in the future, and damage to goodwill.

## VII. CONDITIONS PRECEDENT

21.    All conditions precedent to Plaintiffs' recovery have been performed or have occurred.



## VIII. REQUEST FOR DISCLOSURE

22.    Under Texas Rule of Civil Procedure 194, Plaintiffs request that UnitedHealthcare

disclose, within 50 days of the service of this requires, the information or material described in

Rule 194.2 of the Texas Rules of Civil Procedure.

## IX. PRAYER

23.    Plaintiffs pray that UnitedHealthcare be commanded to appear and answer, and that

Plaintiffs have and recover the following from the Defendants:

- All actual damages suffered by Plaintiffs, an amount which is excess of the minimum jurisdictional limit of the Court;

- Attorneys' fees;

- Costs of suit, pre-judgment and post judgment interest in the maximum amount allowed by law;

- Statutory damage, interest, costs, and attorney's fees; and

- Any and all other relief Plaintiffs may be entitled to at law or in equity.

Respectfully submitted,

SEILER MITBY, PLLC

/s/ Steven J. Mitby
Steven J. Mitby
State Bar No. 24037123
smitby@seilermitby.com
Kenna M. Seiler
State Bar No. 13944250
kseiler@seilermitby.com
2700 Research Forest Drive, Suite 100
The Woodlands, Texas 77381
(281) 419-7770
(281) 419-7791 – Telecopier

ATTORNEYS FOR PLAINTIFFS

5

C

Received and E-Filed for Record
2/20/2020 2:18 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Sarah Introligator

# Request for Service
## Montgomery County District Clerk

**CASE NUMBER:** 20-02-02468   **CURRENT COURT:** Montgomery County - 284th Judicial District Court

**Name(s) of Documents to be served:** Plaintiffs' Original Petition

**FILE DATE of document(s) to be served:** 02/20/2020   **Month/Day/Year**

**SERVICE TO BE ISSUED ON (Please List Exactly as The Name Appears in The Pleading to Be Served):**

**Issue Service to:** UnitedHealthcare Insurance Company

**Address of Service:** 185 Asylum St.

**City, State & Zip:** Hartford, Connecticut 06103

**Agent (if applicable):** _____

☐ Check here to have citation addressed to wherever the addressee may be found.

**TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the appropriate box)**

| | | |
|---|---|---|
| ☐ Citation for Personal Service | ■ Secretary of State Citation ($12.00) | ☐ Civil Injunction/TRO |
| ☐ Citation by Posting | ☐ Highway Commission ($12.00) | ☐ Precept |
| ☐ Citation by Publication | ☐ Commissioner of Insurance ($12.00) | ☐ Subpoena |
| ☐ Citation Scire Facias | ☐ Capias (not an E-Issuance) | ☐ Other (Please describe) |
| ☐ Writ of Garnishment | ☐ Temporary Restraining Order (Family) | |
| ☐ Writ of Sequestration | ☐ Temporary Ex Parte Protective Order | _____ |
| ☐ Writ of Attachment | ☐ Notice of Appl. For Protective Order | _____ |
| ☐ Writ of Habeas Corpus | ☐ Notice of Hearing/Show Cause | |

**(See additional forms for Post Judgment Service)**

☐ Notice of Foreign Judgment (UIFSA)

☐ Notice of Foreign Judgment (UCCJEA)   **(by certified mail service)**

☐ Writ of Withholding  **($15.00 - certified mail by District Clerk only)**

☐ Notice of Termination of Child Support ($15.00 - certified mail by District Clerk only)

**SERVICE BY: (Check the appropriate box.)**

■ E-Issuance by District Clerk (No Service Copy Fees Charged) (Note:) <u>CAPIAS is not an E-Issuance Option</u>

*Citations returned electronically will be e-served through E-file Texas to requesting attorney/pro se.

☐ ATTORNEY PICK-UP (phone or email contact): _____

☐ MAIL to attorney at Attorney of Record's address on file in case record.

☐ CERTIFIED MAIL by District Clerk

☐ Regular Mail (only available for Expedited Foreclosures and UIFSA Foreign Judgments

☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____

☐ OTHER, *explain:* _____

**Issuance of Service requested by:**

**Attorney/Party Name:** Stephanie Womack   **Bar# or ID:** _____

**Mailing Address:** 2700 Research Forest Dr., Ste. 100, The Woodlands, TX 77381

**Phone Number:** 281-419-7770

Unofficial Copy

**D**

Received and E-Filed for Record
2/20/2020 2:18 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Sarah Introligator

# Request for Service

## Montgomery County District Clerk

Montgomery County - 284th Judicial District Court

**CASE NUMBER:** _____   **CURRENT COURT:** Montgomery County - 284th Judicial District Court

**Name(s) of Documents to be served:** Plaintiffs' Original Petition

_____

_____

**FILE DATE of document(s) to be served:** 02/20/2020 _____ **Month/Day/Year**

**SERVICE TO BE ISSUED ON (Please List Exactly as The Name Appears in The Pleading to Be Served):**

**Issue Service to:** UnitedHealthcare Community Plan of Texas, LLC (f/k/a Evercare of Texas, LLC)

**Address of Service:** 1999 Bryan St., Ste. 900

**City, State & Zip:** Dallas, Texas 75201

**Agent (if applicable):** CT Corporation System

☐ Check here to have citation addressed to wherever the addressee may be found.

**TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the appropriate box)**

| | | |
|---|---|---|
| ■ Citation for Personal Service | ☐ Secretary of State Citation ($12.00) | ☐ Civil Injunction/TRO |
| ☐ Citation by Posting | ☐ Highway Commission ($12.00) | ☐ Precept |
| ☐ Citation by Publication | ☐ Commissioner of Insurance ($12.00) | ☐ Subpoena |
| ☐ Citation Scire Facias | ☐ Capias (not an E-Issuance) | ☐ Other (Please describe) |
| ☐ Writ of Garnishment | ☐ Temporary Restraining Order (Family) | |
| ☐ Writ of Sequestration | ☐ Temporary Ex Parte Protective Order | _____ |
| ☐ Writ of Attachment | ☐ Notice of Appl. For Protective Order | _____ |
| ☐ Writ of Habeas Corpus | ☐ Notice of Hearing/Show Cause | _____ |

☐ Notice of Foreign Judgment (UIFSA)

☐ Notice of Foreign Judgment (UCCJEA)   (by certified mail service)   **(See additional forms for Post Judgment Service)**

☐ Writ of Withholding   ($15.00 - certified mail by District Clerk only)

☐ Notice of Termination of Child Support ($15.00 - certified mail by District Clerk only)

**SERVICE BY: (Check the appropriate box.)**

■ E-Issuance by District Clerk (No Service Copy Fees Charged) (Note:) <u>CAPIAS is not an E-Issuance Option</u>

*Citations returned electronically will be e-served through E-file Texas to requesting attorney/pro se.

☐ ATTORNEY PICK-UP (phone or email contact): _____

☐ MAIL to attorney at Attorney of Record's address on file in case record.

☐ CERTIFIED MAIL by District Clerk

☐ Regular Mail (only available for Expedited Foreclosures and UIFSA Foreign Judgments

☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____

☐ OTHER, *explain:* _____

**Issuance of Service requested by:**

**Attorney/Party Name:** Stephanie Womack   **Bar# or ID:** _____

**Mailing Address:** 2700 Research Forest Dr., Ste. 100, The Woodlands, TX 77381

**Phone Number:** 281-419-7770

Unofficial Copy

**E**

Received and E-Filed for Record
2/20/2020 2:18 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Sarah Introligator

# Request for Service

## Montgomery County District Clerk

Montgomery County - 284th Judicial District Court 20-02-02468

**CASE NUMBER:** _____ **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Plaintiffs' Original Petition

_____

_____

**FILE DATE of document(s) to be served:** 02/20/2020 _____ **Month/Day/Year**

**SERVICE TO BE ISSUED ON (Please List Exactly as The Name Appears in The Pleading to Be Served):**

**Issue Service to:** UnitedHealthcare Benefits of Texas, Inc. (f/k/a PacifiCare of Texas, Inc.)

**Address of Service:** 1999 Bryan St., Ste. 900

**City, State & Zip:** Dallas, Texas 75201

**Agent (if applicable):** CT Corporation System

☐ **Check here to have citation addressed to wherever the addressee may be found.**

**TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the appropriate box)**

| | | |
|---|---|---|
| ■ Citation for Personal Service | ☐ Secretary of State Citation ($12.00) | ☐ Civil Injunction/TRO |
| ☐ Citation by Posting | ☐ Highway Commission ($12.00) | ☐ Precept |
| ☐ Citation by Publication | ☐ Commissioner of Insurance ($12.00) | ☐ Subpoena |
| ☐ Citation Scire Facias | ☐ Capias (not an E-Issuance) | ☐ Other (Please describe) |
| ☐ Writ of Garnishment | ☐ Temporary Restraining Order (Family) | |
| ☐ Writ of Sequestration | ☐ Temporary Ex Parte Protective Order | _____ |
| ☐ Writ of Attachment | ☐ Notice of Appl. For Protective Order | _____ |
| ☐ Writ of Habeas Corpus | ☐ Notice of Hearing/Show Cause | |

**(See additional forms for Post Judgment Service)**

☐ **Notice of Foreign Judgment (UIFSA)**

☐ **Notice of Foreign Judgment (UCCJEA)**   **(by certified mail service)**

☐ **Writ of Withholding   ($15.00 - certified mail by District Clerk only)**

☐ **Notice of Termination of Child Support ($15.00 - certified mail by District Clerk only)**

**SERVICE BY: (Check the appropriate box.)**

■ **E-Issuance by District Clerk (No Service Copy Fees Charged) (Note:)** <u>CAPIAS is not an E-Issuance Option</u>

*Citations returned electronically will be e-served through E-file Texas to requesting attorney/pro se.

☐ **ATTORNEY PICK-UP (phone or email contact):** _____

☐ **MAIL to attorney at Attorney of Record's address on file in case record.**

☐ **CERTIFIED MAIL by District Clerk**

☐ **Regular Mail (only available for Expedited Foreclosures and UIFSA Foreign Judgments**

☐ **CIVIL PROCESS SERVER - Authorized Person to Pick-up:** _____ **Phone:** _____

☐ **OTHER,** *explain:* _____

**Issuance of Service requested by:**

**Attorney/Party Name:** Stephanie Womack                          **Bar# or ID:** _____

**Mailing Address:** 2700 Research Forest Dr., Ste. 100, The Woodlands, TX 77381

**Phone Number:** 281-419-7770

**F**



Received and E-Filed for Record
2/20/2020 2:18 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Sarah Introligator

# Request for Service
## Montgomery County District Clerk

**CASE NUMBER:** 20-02-02468   **CURRENT COURT:** Montgomery County - 284th Judicial District Court

**Name(s) of Documents to be served:** Plaintiffs' Original Petition

**FILE DATE of document(s) to be served:** 02/20/2020   **Month/Day/Year**

**SERVICE TO BE ISSUED ON (Please List Exactly as The Name Appears in The Pleading to Be Served):**

**Issue Service to:** UnitedHealthcare of Texas, Inc.

**Address of Service:** 1999 Bryan St., Ste. 900

**City, State & Zip:** Dallas, Texas 75201

**Agent (if applicable):** CT Corporation System

☐ Check here to have citation addressed to wherever the addressee may be found.

**TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the appropriate box)**

| | | |
|---|---|---|
| ■ Citation for Personal Service | ☐ Secretary of State Citation ($12.00) | ☐ Civil Injunction/TRO |
| ☐ Citation by Posting | ☐ Highway Commission ($12.00) | ☐ Precept |
| ☐ Citation by Publication | ☐ Commissioner of Insurance ($12.00) | ☐ Subpoena |
| ☐ Citation Scire Facias | ☐ Capias (not an E-Issuance) | ☐ Other (Please describe) |
| ☐ Writ of Garnishment | ☐ Temporary Restraining Order (Family) | |
| ☐ Writ of Sequestration | ☐ Temporary Ex Parte Protective Order | |
| ☐ Writ of Attachment | ☐ Notice of Appl. For Protective Order | |
| ☐ Writ of Habeas Corpus | ☐ Notice of Hearing/Show Cause | **(See additional forms for Post Judgment Service)** |

☐ Notice of Foreign Judgment (UIFSA)
☐ Notice of Foreign Judgment (UCCJEA)   (by certified mail service)
☐ Writ of Withholding   ($15.00 - certified mail by District Clerk only)
☐ Notice of Termination of Child Support ($15.00 - certified mail by District Clerk only)

**SERVICE BY: (Check the appropriate box.)**

■ E-Issuance by District Clerk (No Service Copy Fees Charged) (Note:) <u>CAPIAS is not an E-Issuance Option</u>
*Citations returned electronically will be e-served through E-file Texas to requesting attorney/pro se.

☐ ATTORNEY PICK-UP (phone or email contact):

☐ MAIL to attorney at Attorney of Record's address on file in case record.

☐ CERTIFIED MAIL by District Clerk

☐ Regular Mail (only available for Expedited Foreclosures and UIFSA Foreign Judgments

☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up:   Phone:

☐ OTHER, *explain:*

**Issuance of Service requested by:**

**Attorney/Party Name:** Stephanie Womack   **Bar# or ID:**

**Mailing Address:** 2700 Research Forest Dr., Ste. 100, The Woodlands, TX 77381

**Phone Number:** 281-419-7770

Unofficial Copy

G

Received and E-Filed for Record
2/26/2020 4:22 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Vanessa Medina

57541-2

# CITATION

Cause Number: 20-02-02468

Clerk of the Court                                  Attorney Requesting Service
Melisa Miller                                      Steven J. Mitby
P.O. Box 2985                                      2700 Research Forest Drive Suite 100
Conroe, Texas 77305                                The Woodlands TX 77381

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued.  You may employ an attorney.  If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

To:     UnitedHealthcare Community Plan of Texas, LLC f/k/a Evercare of Texas, LLC
        Registered Agent CT Corporation System
        1999 Bryan St Ste 900
        Dallas TX 75201

You are hereby commanded to appear by filing a written answer to the Plaintiffs' Original Petition at or before 10:00 A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 284th Judicial District Court Montgomery County, Texas at the Courthouse of said County in Conroe, Texas.

Said Plaintiffs' Original Petition was filed in said court on this the 20th day of February, 2020 numbered 20-02-02468 on the docket of said court, and styled, Texienne Oncology Centers, P.L.L.C. and Texienne Hospital Systems, L.P. VS. UnitedHealthcare Insurance Company; UnitedHealthcare of Texas, Inc.; UnitedHealthcare Benefits of Texas, Inc.; UnitedHealthcare Community Plan of Texas, LLC

The nature of plaintiff's demand is fully shown by a true and correct copy of the  Plaintiffs' Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 24th day of February, 2020.

                                        Melisa Miller, District Clerk
                                        Montgomery County, Texas

                                        By: _Deven Maropis_          2/24/2020 2:06:57 PM
                                        Deven Maropis, Deputy

57541-2

**OFFICER'S RETURN**

Cause No. 20-02-02468                          Court No: 284th Judicial District Court

Style: Texienne Oncology Centers, P.L.L.C. and Texienne Hospital Systems, L.P. VS. UnitedHealthcare Insurance
Company; UnitedHealthcare of Texas, Inc.; UnitedHealthcare Benefits of Texas, Inc.; UnitedHealthcare
Community Plan of Texas, LLC

To:          UnitedHealthcare Community Plan of Texas, LLC f/k/a Evercare of Texas, LLC
Address:     Registered Agent CT Corporation System
             1999 Bryan St Ste 900
             Dallas TX 75201

Came to hand the 25th day of February, 2020, at 2:56 P.M. o'clock, and executed in Dallas County,
Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of
delivery endorsed thereon, together with the accompanying copy of the Plaintiffs' Original Petition at the following
times and places, to wit:

| Name | Date/Time | Place, Course and distance from Courthouse |
|------|-----------|--------------------------------------------|
| United HealthCare Community Plan of Texas LLC | 2.26 2020 8:32 A.M. | 1999 Bryan Street Dallas, TX. 75201 |

Manner of service: Hand to Hand

*And not executed as to the defendants(s) ____ N/A

The diligence used in finding said defendant(s) being: N/A

And the cause of failure to execute this process is: N/A

And information received as to the whereabouts of said Defendant(s) being: N/A

FEES:
Serving Petition and Copy      $ N/A                                    Affiant
                                                    _Steve Shepherd_ OFFICER
TOTAL                          $ N/A                Tarrant County, Texas

                                                    By: ____ N/A ____, Deputy

**AFFIANT**

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the
officer, or authorized person who services, or attempts to serve a citation shall sign and return. The return must
either be verified or be signed under penalty of perjury.

A return signed under penalty of perjury must contain the
statement below in substantially the following form:
My full name is David Steve Shepherd               _Steve Shepherd_
My date of birth is 6/19/1951 and my address is Fort Worth    Declarant/Authorized Process Server
5232 Apache Plume Rd #14922 Tx 76109               PSC-12114  Exp-4/30/2020
I DECLARE UNDER PENALTY OF PERJURY THAT THE        ID# & Exp. Of Certification
FOREGOING IS TRUE AND CORRECT
Executed in Dallas, County, State of Texas         SWORN AND SUBSCRIBED ON
on the 26th day of February, 2020.                 _Feb. 26th 2020_
_Steve Shepherd_                                   DATE
PSC-12114  Exp. 4/30/2020
Declarant/Authorized Process Server                _Crystal Lynn Polovina_
ID# & Exp. Of Certification                        NOTARY

CRYSTAL POLOVINA
Notary ID #129563869
My Commission Expires
October 4, 2021

**H**

Received and E-Filed for Record
2/26/2020 4:16 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Vanessa Medina

57541-3

# CITATION

Cause Number: 20-02-02468

Clerk of the Court
Melisa Miller
P.O. Box 2985
Conroe, Texas 77305

Attorney Requesting Service
Steven J. Mitby
2700 Research Forest Drive Suite 100
The Woodlands TX 77381

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued.  You may employ an attorney.  If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

To:     UnitedHealthcare Benefits of Texas, Inc. f/k/a PacifiCare of Texas, Inc.
        CT Corporation System
        1999 Bryan St Ste 900
        Dallas TX  75201

You are hereby commanded to appear by filing a written answer to the Plaintiffs' Original Petition at or before 10:00 A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 284th Judicial District Court Montgomery County, Texas at the Courthouse of said County in Conroe, Texas.

Said Plaintiffs' Original Petition was filed in said court on this the 20th day of February, 2020 numbered 20-02-02468 on the docket of said court, and styled, Texienne Oncology Centers, P.L.L.C. and Texienne Hospital Systems, L.P. VS. UnitedHealthcare Insurance Company; UnitedHealthcare of Texas, Inc.; UnitedHealthcare Benefits of Texas, Inc.; UnitedHealthcare Community Plan of Texas, LLC

The nature of plaintiff's demand is fully shown by a true and correct copy of the  Plaintiffs' Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 24th day of February, 2020.

Melisa Miller, District Clerk
Montgomery County, Texas

By: _Deven Maropis_  2/24/2020 2:07:15 PM
Deven Maropis, Deputy



57541-3

**OFFICER'S RETURN**

Cause No. 20-02-02468                    Court No: 284th Judicial District Court

Style: Texienne Oncology Centers, P.L.L.C. and Texienne Hospital Systems, L.P. VS. UnitedHealthcare Insurance Company; UnitedHealthcare of Texas, Inc.; UnitedHealthcare Benefits of Texas, Inc.; UnitedHealthcare Community Plan of Texas, LLC

To:          UnitedHealthcare Benefits of Texas, Inc. f/k/a PacifiCare of Texas, Inc.
Address:     CT Corporation System
             1999 Bryan St Ste 900
             Dallas TX 75201

Came to hand the 25th day of February, 20, at 2:56 P.M. o'clock, and executed in Dallas County, Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiffs' Original Petition at the following times and places, to avit:

| Name | Date/Time | Place, Course and distance from Courthouse |
|------|-----------|--------------------------------------------|
| United HealthCare of Benefits Texas Inc | 2/26/2020 5:32 A.m | 1999 Bryan St. Dallas, Tx 75201 |

Manner of service: Hand To hand

*And not executed as to the defendants(s) N/A

The diligence used in finding said defendant(s) being: N/A

And the cause of failure to execute this process is: A/A

And information received as to the whereabouts of said defendant(s) being: N/A

FEES:
Serving Petition and Copy    $ N/A

TOTAL                        $ N/A              _____ Affiant
                                                                OFFICER
                                                Tarant County, Texas
                                                By: ____N/A____, Deputy

**AFFIANT**

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer, or authorized person who services, or attempts to serve a citation shall sign and return. The return must either be verified or be signed under penalty of perjury.

A return signed under penalty of perjury must contain the statement below in substantially the following form:
My full name is David Steele Shepherd
My date of birth is 6/19/1975, and my address is Fort Worth 5252 PacifiWine Rd #14/22 Texas 76109
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
Executed in Dallas, County, State of Texas
on the 24th day of February, 2020.

_____
Declarant/Authorized Process Server
VSC-1274    Exp. 6/30/2020
ID# & Exp. Of Certification

_____
Declarant/Authorized Process Server
VSC-1274   Exp. 6/30/2020
ID# & Exp. Of Certification

SWORN AND SUBSCRIBED ON
Feb. 26, 2020
DATE

_____
NOTARY

CRYSTAL POLOVINA
Notary ID #129583869
My Commission Expires
October 4, 2021

I

Received and E-Filed for Record
2/26/2020 4:24 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Patricia Morrill

57541-1

# CITATION

Cause Number: 20-02-02468

Clerk of the Court                          Attorney Requesting Service
Melisa Miller                               Steven J. Mitby
P.O. Box 2985                               2700 Research Forest Drive Suite 100
Conroe, Texas 77305                         The Woodlands TX 77381

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

To:    UnitedHealthcare of Texas, Inc.
       Registered Agent CT Corporation System
       1999 Bryan St Ste 900
       Dallas TX 75201

You are hereby commanded to appear by filing a written answer to the Plaintiffs' Original Petition at or before 10:00 A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 284th Judicial District Court Montgomery County, Texas at the Courthouse of said County in Conroe, Texas.

Said Plaintiffs' Original Petition was filed in said court on this the 20th day of February, 2020 numbered 20-02-02468 on the docket of said court, and styled, Texienne Oncology Centers, P.L.L.C. and Texienne Hospital Systems, L.P. VS. UnitedHealthcare Insurance Company; UnitedHealthcare of Texas, Inc.; UnitedHealthcare Benefits of Texas, Inc.; UnitedHealthcare Community Plan of Texas, LLC

The nature of plaintiff's demand is fully shown by a true and correct copy of the Plaintiffs' Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 24th day of February, 2020.

                                          Melisa Miller, District Clerk
                                          Montgomery County, Texas

                                          By: _Deven Maropis_        2/24/2020 2:07:34 PM
                                          Deven Maropis, Deputy



Unofficial Copy

S 7541-1

**OFFICER'S RETURN**

Cause No. 20-02-02468

Court No: 284th Judicial District Court

Style: Texienne Oncology Centers, P.L.L.C. and Texienne Hospital Systems, L.P. VS. UnitedHealthcare Insurance Company; UnitedHealthcare of Texas, Inc.; UnitedHealthcare Benefits of Texas, Inc.; UnitedHealthcare Community Plan of Texas, LLC

To:          UnitedHealthcare of Texas, Inc.

Address:     Registered Agent CT Corporation System
             1999 Bryan St Ste 900
             Dallas TX 75201

Came to hand the 25th day of February, 2020, at 2:54 P.M. o'clock, and executed in Dallas County, Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiffs' Original Petition at the following times and places, to wit:

| Name | Date/Time | Place, Course and distance from Courthouse |
|------|-----------|--------------------------------------------|
| United HealthCare of Texas | 2/26/2020 8:32 A.M. | 1999 Bryan ST. Dallas, TX. 75201 |

Manner of service: Hand to hand

*And not executed as to the defendants(s) ___N/A___

The diligence used in finding said defendant(s) being: N/A

And the cause of failure to execute this process is: N/A

And information received as to the whereabouts of said defendant(s) being: N/A

FEES:

Serving Petition and Copy     $ N/A                    Steve Shepherd   Affiant

TOTAL                         $ N/A                    _____ OFFICER
                                                       Tarrant County, Texas

                                              By: ___N/A___, Deputy

**AFFIANT**

Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer, or authorized person who services, or attempts to serve a citation shall sign and return. The return must either be verified or be signed under penalty of perjury.

A return signed under penalty of perjury must contain the statement below in substantially the following form)

My full name is DAVID Steele Shepherd

My date of birth is 6/19/1957 and my address is Fort Worth, TX

5232 Apache Plume RC#14122   76109

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Executed in Dallas, County, State of Texas

on the 26 day of February, 2020.

_____ Steve Shepherd _____
Declarant/Authorized Process Server
PSC-12714 Exp 6/30/2020
ID# & Exp. Of Certification

Steve Shepherd
Declarant/Authorized Process Server
PSC-12714  Exp. 4/30/2020
ID# & Exp. Of Certification

SWORN AND SUBSCRIBED ON

Feb. 26, 2020
DATE

Crystal Lynn Polovina
NOTARY

CRYSTAL POLOVINA
Notary ID #129583869
My Commission Expires
October 4, 2021

Unofficial Copy

J

Received and E-Filed for Record
3/18/2020 10:19 AM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Patricia Morrill

CAUSE NO. 20-02-02468

| | | |
|---|---|---|
| TEXIENNE ONCOLOGY CENTERS, P.L.L.C. and TEXIENNE HOSPITAL SYSTEMS, L.P., | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | |
| v. | § § | |
| | § | MONTGOMERY COUNTY, TEXAS |
| UNITEDHEALTHCARE INSURANCE COMPANY; UNITEDHEALTHCARE OF TEXAS, INC.; UNITEDHEALTHCARE BENEFITS OF TEXAS, INC.; and UNITEDHEALTHCARE COMMUNITY PLAN OF TEXAS, LLC, | § § § § § § § | |
| Defendants. | § | 284TH JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER

Defendants file their original answer, without waiving their right to move to compel arbitration, and state:

1.      Subject to such admissions and stipulations as may be made at or before time of trial, Defendants deny generally and specially the material allegations in Plaintiffs' Original Petition, pursuant to Tex. R. Civ. P. 92, and demand strict proof thereof in accordance with the requirements of the laws of this state.

2.      Defendants request the following relief:

   (a)     That Plaintiffs take nothing by reason of their suit;

   (b)     That Defendants be dismissed with their costs; and

   (c)     That Defendants have such other and further relief, both general and special, at law and in equity, to which they may show themselves justly entitled.

Dated: March 18, 2020

Respectfully Submitted,

By:  */s/ Andrew G. Jubinsky*
        Andrew G. Jubinsky
        State Bar No. 11043000
        andy.jubinsky@figdav.com
        Lance V. Clack
        Texas Bar No. 24040694
        lance.clack@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX  75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on March 18, 2020.

Steven J. Mitby
smitby@seilermitby.com
Kenna M. Seiler
kseiler@seilermitby.com
SEILER MITBY, PLLC
2700 Research Forest Dr., Ste. 100
The Woodlands, TX 77381
*Attorneys for Plaintiffs*

        */s/ Andrew G. Jubinsky*
        Andrew G. Jubinsky